AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| C. Chris Maduka | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-1835 |
| Tropical Naturals Ltd. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, C. Chris Maduka.

Date: 04/26/2019

/BethAnnePowers/
*Attorney's signature*

Beth Anne Powers - 200362
*Printed name and bar number*

808 Bethlehem Pike, Suite 200, Colmar, PA 18915
*Address*

bpowers@rmkiplaw.com
*E-mail address*

(215) 997-0248
*Telephone number*

(215) 997-0266
*FAX number*