## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. CHRIS MADUKA, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TROPICAL NATURALS, LTD., *Defendant* | : : : | No. 17-1835 |

### ORDER

**AND NOW**, this 10th day of September, 2019, following a non-jury trial from April 29, 2019 to May 1, 2019, upon consideration of the parties' proposed findings of fact and conclusions of law (Doc. Nos. 102 and 103) and the parties' statements of damages (Doc. Nos. 107 and 108), and following an oral argument on the proposed findings of fact and conclusions of law on July 12, 2019, it is **ORDERED**, as outlined in the Court's September 10, 2019 Findings of Fact and Conclusions of Law, that:

1. Judgment is **ENTERED** in favor of the Tropical Naturals, LTD., and against Mr. Maduka, on Mr. Maduka's trademark infringement and unfair competition claims;

2. Judgement is **ENTERED** in favor of Tropical Naturals, LTD, and against Mr. Maduka, on Tropical's trademark infringement and unfair competition counterclaims;

3. Mr. Maduka, and any of his agents, employees, servants, attorneys, privies, subsidiaries, divisions, successors, assigns, and all other persons in active concert, participation, or combination with them are **PERMANENTLY ENJOINED** from using the DUDU OSUN mark, DUDU OSUM mark, or any confusingly similar variation thereof, in connection with the sale of African black soap, or other body care products, including—without limitation—soaps, shampoos, conditioners, lotions, creams, oils, body balms, facial cleansers, and moisturizers, anywhere in the United States;

4. The United States Patent and Trademark Office is directed, pursuant to 15 U.S.C. § 1119, to cancel the trademark "DUDU-OSUM," Registration Number 3,111,704;

5. The Clerk of Court shall certify this Order to the Commissioner of the Patent and Trademark Office in accordance with 15 U.S.C. § 1119;

6. Tropical Naturals, Ltd. shall submit to the Court an authenticated accounting of its attorneys' fees and costs associated with this case within fourteen (14) days of the date of this Order;

7. Mr. Maduka may file a response to Tropical Natural, Ltd.'s accounting of such attorneys' fees and costs within fourteen (14) days of the date of its submission to the Court; and

8. A hearing shall be noticed and held concerning the claim for fees and costs on a date to be determined by the Court.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE